IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEPHEN ERIC JONES,

        Plaintiff,

   v.

STATE OF OREGON, PETER RICHARD,
and DISTRICT ATTORNEY

        Defendants.

Civil No. 1:15-cv-02022-BR

ORDER

BROWN, Judge.

    On December 14, 2015, the Court dismissed Plaintiff's Complaint without service of process on the basis that it failed to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2). Due to plaintiff's *pro se* status, the Court advised Plaintiff of the deficiencies of his Complaint granted plaintiff 30 days in which to file an amended complaint

1 - ORDER -

setting forth a cognizable constitutional violation.  The Court advised Plaintiff that failure to submit an amended complaint would result in the dismissal of this proceeding.

    Plaintiff failed to file an amended complaint.  Accordingly, IT IS ORDERED that this action is dismissed, with prejudice.

    IT IS SO ORDERED.

    DATED this  19th   day of January, 2016.

                              S/ Anna J. Brown  
                               ANNA J. BROWN  
                               United States District Judge